**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN, ET AL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02925-E**

## ORDER

On July 16, 2018, Dallas County Clerk John F. Warren filed with the Court a copy of a letter sent to appellants informing them of the cost for preparing the record. The letter stated that once payment was received, the clerk's record would be filed. To date, the record has not been filed. Accordingly, we **ORDER** appellants to file, no later than August 9, 2018, written verification they have either paid or made arrangements to pay for the clerk's record or are entitled to proceed without payment of costs. *We caution appellants that failure to comply may result in dismissal of the appeal without further notice.* See TEX. R. APP. P. 37.3(b), 42.3(b),(c).

/s/      DAVID EVANS
            JUSTICE